UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID BRIOLAT,

    Plaintiff,                  Case No. 20-11584

v                                 Hon. Robert H. Cleland

HELLER MACHINE TOOLS L.P.

    Defendant.

| LAW OFFICES OF JEFFREY S. BURG, ESQ. | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Jeffrey S. Burg (P38381) | Kay Rivest Butler (P41651) |
| Attorney for Plaintiff | Zeth D. Hearld (P79725) |
| 30700 Telegraph Road., Ste. 1675 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 20700 Civic Center Dr., Ste. 290 |
| (248) 227-5027 | Southfield, MI 48076 |
| jburg@comcast.net | (248) 554-2700 |
| | kbutler@starrbutler.com |
| | zhearld@starrbutler.com |

**STIPULATED ORDER FOR DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

WHEREAS, the parties having stipulated to the dismissal of the above-referenced case with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled case be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

{00086752.DOCX}          {00086752.DOCX}

This order resolves all pending claims and closes the case.

<u>s/Robert H. Cleland</u>
Hon. Robert H. Cleland
United States District Court Judge

The parties hereby Stipulate and Agree:

| | |
|---|---|
| <u>/s/ Jeffrey S. Burg</u> | <u>/s/ Kay Rivest Butler</u> |
| Jeffrey S. Burg (P38381) | Kay Rivest Butler (P41651) |
| Attorney for Plaintiff | Attorney for Defendant |